UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LULIANA OMELCHENKO and EMRE YILMAZ, on behalf of themselves and others similarly situated,

                Plaintiffs,

-against-

MILAN FOODS CORP. and ERTAN KUSDIL,

                Defendants.

**ORDER**

24-cv-2974 (ER)

The Court is in receipt of the Mediator's report that agreement was reached on all issues.

As such, the parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by January 3, 2025.

    SO ORDERED.

Dated:    December 4, 2024
              New York, New York

                                                          Edgardo Ramos, U.S.D.J.