UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LULIANA OMELCHENKO and EMRE YILMAZ,           Case No. 24-CV-02974 (ER)
on behalf of himself and others similarly situated,

                Plaintiff,
    -against-

MILAN FOODS CORP. and ERTAN KUSDIL,

               Defendants.
---------------------------------------------------------------------X

### NOTICE OF ACCEPTANCE OF
### DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff LULIANA OMELCHENKO a/k/a JULIANA OMELCHENKO accepts the Offer of Judgment Pursuant to Fed. R. Civ. P. 68, made by Defendants MILAN FOODS CORP. and ERTAN KUSDIL (collectively, "Defendants"). Defendants' Offer of Judgment Pursuant to Fed. R. Civ. P. 68 is attached hereto as Exhibit A.

Dated: New York, New York
       December 9, 2024

                                                  JOSEPH & KIRSCHENBAUM LLP

                                                  By:_____
                                                     D. Maimon Kirschenbaum
                                                     Josef Nussbaum

                                                 32 Broadway, Suite 601
                                                 New York, New York 10004

                                                 *Attorneys for Plaintiff Omelchenko*