UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LULIANA OMELCHENKO and EMRE YILMAZ,
on behalf of himself and others similarly situated,

               Plaintiff,

-against-

MILAN FOODS CORP. and ERTAN KUSDIL,

               Defendants.
------------------------------------------------------------------X

Case No. 24-CV-02974 (ER)

[~~PROPOSED~~] JUDGMENT

A Notice of Acceptance of Rule 68 Offer of Judgment having been filed on December 9, 2024; and Defendant Milan Foods Corp. and Ertan Kusdil (collectively, "Defendants"), having jointly offered Plaintiff Luliana Omelchenko a/k/a Juliana Omelchenko ("Omelchenko") to take a judgment against Defendants, jointly and severally, in the amount of $5,000.00 (the "Judgment Amount"), inclusive of all of Omelchenko's claims for relief, damages, attorneys' fees, costs, and expenses, upon the terms stated therein; it is

    ORDERED and ADJUDGED that:

    Judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Omelchenko, and against Defendants Milan Foods Corp. and Ertan Kusdil, jointly and severally, in the sum of Five Thousand Dollars and No Cents ($5,000.00), inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses, alleged in the above-captioned action.

Dated: _____July 22\_\_, 2025
New York, New York

~~By:~~ _____
Edgardo Ramos, U.S.D.J.